Núm. 8639.—CALDERÓN, apldo. *v.* CACHO, aplte.—C. D. Arecibo. Daños y perjuicios. Febrero 4, 1943.

(Por la Corte, a propuesta del Juez Presidente Señor Del Toro.)

POR CUANTO, dictada sentencia en contra del demandado éste apeló dejando vencer el último término que se le concediera para preparar la transcripción del récord sin hacerlo, motivo por el cual el demandante solicitó que se desestimara, por abandono, el recurso, y

POR CUANTO, notificado de la moción, el apelante se opuso a la desestimación, alegando que si bien es cierto que la transcripción no fué presentada dentro del término concedídole, ello se debió a la enfermedad del taquígrafo y a su propia enfermedad y que ya el taquígrafo había preparado y archivado la transcripción que pasó al juez sentenciador para que designe fecha para la comparecencia de las partes a los efectos de su aprobación, alegaciones que vienen comprobadas, y

POR CUANTO, el apelante sostiene además que tiene motivos justificados para pedir la revocación de la sentencia y que nunca fué su propósito el dejar abandonada su apelación ni el de dilatar meramente la ejecución de la sentencia al interponerla:

POR TANTO, el tribunal, en el ejercicio de su discreción, resuelve declarar como declara sin lugar la moción, con permiso al apelado para reproducirla si el apelante no archiva en la Secretaría del mismo la transcripción, acompañada de su alegato, dentro del término de treinta días contado a partir de esta fecha.